## No. 812.

### I. Q. C. STAFFORD VS. P. M. RYAN ET AL.

Where the performance of an act is a condition precedent to the exercise of a right or power, it must appear affirmatively that the act has been done.

District Courts are courts of record, and every fact necessary to give the court jurisdiction must appear of record. A fact, that is the basis of a right to grant an order, must appear otherwise than by the assertion of the officer who is making the order.

An application for a second rehearing of a cause cannot be considered.

APPEAL from the District Court for Richland.   PARSONS, J.

*Cobb & Gunby* for Plaintiff.   *Stubbs* and *Toler* for Defendants Appellants.

EGAN, J., delivered the opinion on the first hearing in 1878. DE BLANC and SPENCER, JJ., dissenting, and a rehearing having been granted, the case went over to the following year, when MANNING, C. J., delivered the opinion, setting aside the former decree and reversing the judgment below.

## No. 814.

### ELIZA SNIDER ET AL. VS. M. C. SMITH.

Where a defendant in a petitory action is a holder in bad faith, the plaintiff can elect whether to take the buildings at the cost of materials, etc., or to require the defendant to remove them, but the election ought to be made before final judgment. The omission of the plaintiff to have the judgment modified, it being for a fixed sum to be paid for the buildings, concludes him, and is to be construed as his election to take them.

A judgment cannot be increased in amount in favor of a party who has acquiesced in it, and does not pray its amendment.

The plaintiff is entitled to rents, not only for the time prior to the institution of the suit, but for those accruing subsequent thereto.

APPEAL from the District Court for Webster.   TURNER, J.

*J. D. Watkins* for Plaintiff.   *Watkins & McDonald* for Defendant Appellant.

MARR, J., delivered the opinion affirming the judgment.